[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 2, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15552
Non-Argument Calendar

_____

D. C. Docket No. 06-00025-CR-FTM-99-SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THEODIS EUGENE GOODMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 2, 2007)**

Before BIRCH, BLACK, and HILL, Circuit Judges.

PER CURIAM:

David J. Joffee, appointed counsel for Theodis Eugene Goodman, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morse's conviction and sentence are **AFFIRMED**.